```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

CHERYL L. PITTMAN, ET AL        *          CIVIL ACTION

VERSUS                          *          NO: 06-5407

AMERICAN BANKERS, ET AL         *          SECTION: "D"(3)


**ORDER AND REASONS**

Before the court is the **"Motion to Dismiss"** filed by the Federal Emergency Management Agency, National Flood Insurance Program (FEMA). ***No memorandum in opposition was filed.*** The motion, set for hearing on Wednesday, December 6, 2006, is before the court on briefs, without oral argument. Now, having considered the memoranda of counsel, the record, and the applicable law, the court finds that the motion should be granted, dismissing FEMA from this suit because:

(1) there is no waiver of sovereign immunity allowing this suit against FEMA under the National Flood Insurance Act, 42 U.S.C. § 4072; and

(2) Plaintiffs fal to state a claim for relief upon which relief can be granted from FEMA because there

is no privity of contract between FEMA and the Plaintiffs.

The only proper Defendant in this matter is American Bankers Insurance Company, who as a Write-Your-Own (WYO) company in the National Flood Insurance Program, is statutorily charged with adjusting, settling and defending claims from WYO flood policies. 44 C.F.R. §§62.23(d) & (g).  Accordingly;

**IT IS ORDERED** that the **"Motion to Dismiss"** filed by the Federal Emergency Management Agency, National Flood Insurance Program (FEMA), be and is hereby **GRANTED**, dismissing FEMA from this suit.

New Orleans, Louisiana, this **5th** day of **December**, **2006.**

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

2